# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: ED CR 21-00111-AB | Date: December 9, 2022 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Spanish Interpreters: F. Javier Villalobos and Maria Dolores Martin

| Carla Badirian | Chia Mei Jui | Tritia Lindsay Yuen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Rigoberto Figueroa-Baez | √ | √ | | DFPD, Jessaka Menzie | √ | √ | |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining count(s) in the underlying Indictment, ordered dismissed.

00 : 30

Initials of Deputy Clerk   CB